IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LA'ROY JONATHAN CLOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-0882 |
| | ) | Judge Trauger |
| BRUCE HELMS, | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On June 19, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 39), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by defendant Helms (Docket No. 22) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. This is the final judgment in this case, and any appeal taken from this Order will not be certified as taken in good faith under 28 U.S.C. § 1915(a)(3).

It is so **ORDERED.**

Enter this 17th day of July 2013.

ALETA A. TRAUGER
United States District Judge